UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ANGIE MARIE BRIONES,<br><br>           Plaintiff,<br><br>     v.<br><br>N. GRANNIS, et al.,<br><br>           Defendants. | No. CV 09-08074-VAP (VBK)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. §636, the Court has reviewed the Second Amended Complaint, the records and files herein along with the attached Second Report and Recommendation of the United States Magistrate Judge.

**IT IS ORDERED** that: (1) the Court accepts the Findings and Recommendations of the Magistrate Judge; and (2) the Second Amended Complaint and the entire action is dismissed with prejudice.

DATED: August 25, 2011

VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE