JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| ANGIE MARIE BRIONES, | ) | No. CV 09-08074-VAP (VBK) |
| Plaintiff, | ) | JUDGMENT |
| v. | ) | |
| N. GRANNIS, et al., | ) | |
| Defendants. | ) | |

Pursuant to the Order Accepting the Findings and Recommendations of the United States Magistrate Judge,

**IT IS ADJUDGED** that Judgment be entered dismissing the Second Amended Complaint and the entire action with prejudice.

DATED: August 25, 2011

_____
VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE